UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

3 BEES & ME INC.,

        Plaintiff,

        -against-   **Index No. 1:19-CV-6930**

VATOS TOYS and LUKAT TOYS,

        Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2019, I served the Order, dated August 23, 2019, by the Honorable United States District Judge Paul A. Engelmayer ("Order"), pursuant to Fed. R. Civ. P. 4(f)(3) and the Temporary Restraining Order issued by United States District Judge Paul A. Engelmayer on July 25, 2019 ("TRO"), by delivery of PDF copies of the Order by electronic service on the following third party service providers:

1. Amazon at MichelleKing@dwt.com; DeanaAhn@dwt.com
2. Paypal at EEOmaLegalSpecialist@paypal.com
3. Alibaba Cloud at infosec@service.aliyun.com (for Vatos Toys)
4. Xinnet at supervision@xinnet.com (for Lukkat Toys)

        ____/s/ Nancy Lam_____
        **MESTECHKIN LAW GROUP P.C.**
        By: Nancy Lam, Esq.
        1733 Sheepshead Bay Road, Suite 29
        Brooklyn, New York 11235
        Tel. (212) 256-1113
        Fax. (646) 365-2069
        om@lawmlg.com
        wkc@lawmlg.com
        nl@lawmlg.com
        *Attorneys for Plaintiff 3 Bees & ME, Inc.*